UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH FEINBERG,<br><br>                              Plaintiff,<br><br>-against-<br><br>COURTROOM CONNECT, INC.,<br><br>                              Defendant. | 22-CV-10272 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendant's motion to dismiss filed at ECF No. 11, as well as the parties' joint letter proposing a remaining briefing schedule for the motion to dismiss and Plaintiff's motion for summary judgment in lieu of complaint at ECF No. 16. Since this case has been removed to federal court, the parties are encouraged to review the undersigned's individual rules, which require that a pre-motion conference is required before the filing of a motion to dismiss. (*See* Individual Practices of Andrew L. Carter, Jr. § 2.) However, given the posture of the case, the Court will dispense with the pre-motion conference requirement for Defendant's motion to dismiss.

      Accordingly, the Court will adopt the parties' proposed briefing schedule: (1) Plaintiff's reply in further support of his motion for judgment on the pleadings and in opposition to Defendant's motion to dismiss shall be filed by **January 12, 2023** and (2) Defendant's reply in further support of its motion to dismiss shall be filed by **February 13, 2023**.

Dated:  December 16, 2022
           New York, New York

                                                    **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**