UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
KENNETH FEINBERG,

               Plaintiff,

   - against -

COURTROOM CONNECT, INC.,

              Defendants.
-------------------------------------------------------------------x

Case No. 1:22-cv-10272-ALC

**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by Plaintiff Kenneth Feinberg and Defendant Courtroom Connect, Inc., by and through their undersigned counsel, that in consideration for a negotiated settlement executed by them and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this entire action, including all claims and counterclaims, is hereby dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED: February 22, 2023
           New York, New York

By: /s/ Alex Reisen
     Alex Reisen

**ARKIN SOLBAKKEN LLP**
900 Third Avenue, 18th Floor
New York, New York 10022
(212) 333-0200

*Attorneys for Kenneth Feinberg*

By: /s/ Peter T. Shapiro
     Peter T. Shapiro

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
77 Water Street, Suite 2100
New York, New York 10005
(212) 232-1322

*Attorneys for Courtroom Connect, Inc.*

SO ORDERED.
Hon. Andrew L. Carter, Jr.
United States District Court